Kenneth Ray PACK, Petitioner–
Appellant,

v.

Ronald ANGELONE, Respondent–
Appellee.

No. 01–6173.

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

Kenneth Ray Pack, pro se.

Before WILKINS, LUTTIG, and
MICHAEL, Circuit Judges.

PER CURIAM.

Kenneth Ray Pack seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Pack's motion to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. *Pack v. Angelone,* No. CA–00–1582–AM (E.D.Va. filed Jan. 5, 2001; entered Jan. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*